IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINCENT LAVON JOHNSON,
    Plaintiff,

vs.                                Case No.: 3:13cv80/RV/EMT

ESCAMBIA COUNTY SHERIFF DEPARTMENT,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated September 23, 2013, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 9). The court's order was returned as undeliverable on September 27, 2013, with the notation "No Longer at This Address" (*see* doc. 11). The docket reflects that Plaintiff contacted the Clerk's Office on October 3, 2013, and provided a new mailing address. Plaintiff's address was updated on the docket, and the September 23, 2013, order was re-mailed to Plaintiff at his new address. Additionally, the deadline for Plaintiff's response to the order was reset to November 4, 2013. Plaintiff failed to file an amended complaint by the extended deadline; therefore, on November 13, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 12). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or otherwise respond.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of December 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).